**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1679**

TIMOTHY BEST,

        Plaintiff - Appellant,

    v.

NYS GOVERNMENT; NYS LEGISLATURE; STATE OF NEW YORK,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Louise W. Flanagan, District Judge.  (4:24-cv-00110-FL)

Submitted:  August 28, 2025               Decided:  September 3, 2025

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Timothy Dean Best, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Dean Best appeals the district court's order denying his motion to alter judgment under Fed. R. Civ. P. 59(e) and Fed. R. Civ. P. 60(b).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order. *Best v. NYS Gov't*, No. 4:24-cv-00110-FL (E.D.N.C. May 21, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
